IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RAFAEL M. NAVARRO,

       Petitioner,

v.

KRISTA ROSE NAVARRO-
MAXWELL,

       Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4753

Opinion filed November 5, 2015.

Petition for Writ of Mandamus and Prohibition -- Original Jurisdiction.

Rafael M. Navarro, pro se, Petitioner.

No appearance for Respondent.

PER CURIAM.

      The petition for writ of mandamus and prohibition is denied on the merits.

LEWIS, ROWE, and BILBREY, JJ., CONCUR.